ACCEPTED
04-15-00507-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/22/2015 3:40:56 PM
KEITH HOTTLE
CLERK

No. 04-15-00507-CV

In the Fourth Court of Appeals

San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/22/2015 3:40:56 PM
KEITH E. HOTTLE
Clerk

*Estate of Shirley L.* **Benson***, Deceased*

On Appeal from Probate Court No. 2, Bexar County, Texas
Trial Court Nos. 155,572 & 155,572-A

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

To the Honorable Court of Appeals:

Steven R. Brook, an attorney with the law firm of Langley & Banack, Inc., hereby enters an appearance in this case and notifies this Court and all other counsel that he is to be designated as lead counsel on appeal on behalf of co-receiver Arthur H. Bayern. Although Mr. Bayern has not been named as an appellee in this matter, he is a real party in interest according to the Notice of Appeal filed with the Court on August 17, 2015. The Notice of Appeal expressly challenges, among others, the probate court's orders authorizing the payment of Mr. Bayern's appointee fees and expenses as well as the fees and expenses of the law firm assisting him.

1

In accordance with Texas Rule of Appellate Procedure 6.1(c), the following information is provided:

Steven R. Brook
State Bar No. 03042300
LANGLEY & BANACK, INC.
745 E. Mulberry, Ste. 900
San Antonio, Texas 78212
Tel: 210-736-6600
Fax: 210-735-6889
sbrook@langleybanack.com

Mr. Bayern requests that all future correspondence from either the Court or the parties be directed to Mr. Brook at the above address.

Respectfully submitted,

LANGLEY & BANACK, INC.

By: _____
    Steven R. Brook
    State Bar No. 03042300
    sbrook@langleybanack.com
    745 E. Mulberry, Ste. 900
    San Antonio, Texas 78212
    Tel: 210-736-6600
    Fax: 210-735-6889

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Designation of Lead Counsel has been forwarded via electronic service and U.S. Mail to all counsel and parties of record listed below, on this the 22nd day of September, 2015.

Ellen B. Mitchell
DYKEMA COX SMITH
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205

Harriet O'Neill
LAW OFFICE OF HARRIET O'NEILL, P.C.
919 Congress Avenue, Suite 1400
Austin, Texas 78701-2114

David J. Beck
BECK REDDEN L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010

Bennett L. Stahl
CURL STAHL GEIS, P.C.
One Riverwalk Place, Suite 1800
San Antonio, Texas 78205-3507

_____
Steven R. Brook